**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
POLK COUNTY, GEORGIA

**SUCV2022000310**
MHM
JUN 28, 2022 11:50 AM

Stacie M. Baines, Clerk
Polk County, Georgia

IN THE SUPERIOR COURT OF POLK COUNTY
STATE OF GEORGIA

| | |
|---|---|
| YASMINE FOSTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | )   CIVIL ACTION FILE |
| | ) |
| v. | )   SUCV2022-000310 |
| | ) |
| DANNY KEITH STREETMAN, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

## STIPULATION EXTENDING TIME TO ANSWER AND OTHER MISCELLANEOUS MATTERS

COME NOW the PLAINTIFFS and DEFENDANTS, by and through counsel, and pursuant to O.C.G.A. § 9-11-6 (b), stipulate that the DEFENDANTS shall have up to and including July 5, 2022, to file their Answer to Plaintiffs' Complaint, without waiver or default of any kind. Plaintiffs waive any default and waive all preconditions for opening a default under OCGA § 9-11-55, including but not limited to payment of costs. Defendant Polk County, Georgia hereby waives service of process and any defense(s) based on defective service.

Presented and consented to by:

Williams, Morris & Waymire, LLC

| | |
|---|---|
| _s/ *Jason Waymire*_____ | /s *C. Victor Long*_____ |
| Terry E. Williams | Victor Long |
| Georgia Bar No. 764330 | Georgia Bar Number 456950 |
| Jason Waymire | (by JCW with express permission) |
| Georgia Bar No. 764330 | |
| Counsel for Defendants | Counsel for Plaintiffs |

### CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a copy of the within and foregoing STIPULATION on all parties by depositing a copy of same through statutory electronic service, and/or via electronic filing through PEACHCOURT addressed as follows:

C. Victor Long

attjud@bellsouth.net

Kamau K. Mason

kkmason@yahoo.com

This 28 day of June, 2022.

        WILLIAMS, MORRIS & WAYMIRE, LLC

        /s/ Jason Waymire_____
        JASON C. WAYMIRE
        Georgia State Bar No. 742602
        Attorney for Defendants